# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

TABITHA BALVINA KNIESCH

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

NCO FINANCIAL SYSTEMS, INC.

C07  03398  RMW  PVT

TO:

NCO Financial Systems, Inc.
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA  90017-3407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA  95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                         6-28-07
_____                  _____
CLERK                                       DATE

_____
(BY) DEPUTY CLERK
SANDY MORRIS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA  95113-2404 | (408) 294-6100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Kniesch v. NCO | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA  95113-3008

PLAINTIFF:

Tabitha Balvina Kniesch

DEFENDANT:

NCO Financial Systems, Inc.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-03398-RMW-PVT |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Service Packet--NCO Financial Systems Inc

BY FAX

2. Party Served:   NCO Financial Systems, Inc.

3. Person Served:   CT Corp-Margaret Wilson - Person authorized to accept service of process

4. Date & Time of Delivery:   July 2, 2007   3:10 pm

5. Address, City and State:   818 WEST SEVENTH STREET
   LOS ANGELES, CA  90017

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: LOS ANGELES
Registration No.:4553
Expiration: October 17, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 30, 2007 at Los Angeles, California.

Signature: _____
Jimmy Lizama

FF# 6643700

# ONE LEGAL, INC.
## CONFIRMATION For **Service of Process**



Date: 7/30/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6643700 | |
|---|---|
| Customer CONSUMER LAW CENTER<br>Customer No. 0055054<br>Address 12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404 | Attorney Fred W Schwinn<br>Attorney e-mail fred.schwinn@sjconsumerlaw.com<br>Contact Fred W Schwinn<br>Contact e-mail fred.schwinn@sjconsumerlaw.com<br>Contact Phone (408) 294-6100<br>Contact Fax (408) 294-6190<br>Law Firm File Number Kniesch v. NCO |

**Case Information:**
Case Number C07-03398-RMW-PVT
County SANTA CLARA
Court Northern District of California
Case Short Title Tabitha Balvina Kniesch vs. NCO Financial Systems, Inc.

**Documents Received:** No. Docs: 1  No. Pgs: 52

Service Packet--NCO Financial Systems Inc

Party to Serve: NCO Financial Systems, Inc.    Service address: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 30.00 |
| | Check No. | **Total:** 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.