Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sessions, Fishman & Nathan in California LLP
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
e-mail: dpk@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TABITHA BALVINA KNIESCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>　　　　　Defendant. | Case No.: C07-03398 RMW PVT<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date: 10/05/07<br>Time: 10:30 a.m.<br>Place: Courtroom 6, 4th Floor |

///

///

///

///

The undersigned, counsel of record for defendant NCO Financial Systems, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for October 5, 2007 at 10:30 a.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Jose.

                          Respectfully submitted,

                          Sessions, Fishman & Nathan in California, LLP

Dated:                       /s/ Debbie P. Kirkpatrick
                            Debbie P. Kirkpatrick
                            Attorney for Defendant
                            NCO Financial Systems, Inc.

## [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants NCO Financial Systems, Inc. to participate by telephone in the Case Management Conference scheduled for October 5, 2007 at 10:30 a.m.

Dated:                       _____
                            Hon. Ronald M. Whyte
                            United States District Judge