1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   TABITHA BALVINA KNIESCH

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 | TABITHA BALVINA KNIESCH,          | Case No. C07-03398-RMW-PVT
11 |                        Plaintiff, |
12 | v.                                | **JOINT ADR STIPULATION**
                                        **AND [PROPOSED] ORDER**
13 | NCO FINANCIAL SYSTEMS, INC., a    |
14 | Pennsylvania corporation,         |
15 |                        Defendant. |

16     The parties stipulate to participate in the following ADR process:

17 **Court Processes:**

18     ☐ Arbitration         ☐ ENE              ☒ Mediation

19     *(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, of other issues, please attach a separate sheet.)*

20

21 **Private Process:**

22     ☐ Private ADR *(please identify process and provider)*

23     _____

24     _____

25     _____

26 / / /

27 / / /

28 / / /

-1-
JOINT ADR STIPULATION AND [PROPOSED] ORDER          Case No. C07-03398-RMW-PVT

-2-

Dated: September 12, 2007          /s/ Fred W. Schwinn
                                    Fred W. Schwinn, Esq.
                                    Attorney for Plaintiff
                                    TABITHA BALVINA KNIESCH

Dated: September 12, 2007          /s/ Debbie P. Kirkpatrick
                                    Debbie P. Kirkpatrick, Esq.
                                    Attorney for Defendant
                                    NCO FINANCIAL SYSTEMS, INC.

IT IS SO ORDERED.

Dated: _____

                                    _____
                                    UNITED STATES
                                    DISTRICT/MAGISTRATE JUDGE