Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
TABITHA BALVINA KNIESCH

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TABITHA BALVINA KNIESCH,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendant. | Case No. C07-03398-RMW-PVT<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, TABITHA BALVINA KNIESCH, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 12th day of September, 2007, a true and accurate copy of the <u>Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)</u> and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

    Debbie P. Kirkpatrick
    Sessions Fishman Nathan in California, LLP
    3667 Voltaire Street
    San Diego, CA 92106
        Attorney for Defendant

Dated: September 12, 2007           By: <u>/s/ Fred W. Schwinn</u>
                                                         Fred W. Schwinn, Esq.
                                                         Attorney for Plaintiff
                                                         TABITHA BALVINA KNIESCH