Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
TABITHA BALVINA KNIESCH

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TABITHA BALVINA KNIESCH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>　　　　　　Defendant. | Case No. C07-03398-RMW-PVT<br><br>**PLAINTIFF'S NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT, NCO FINANCIAL SYSTEMS, INC.** |

**COMES NOW** the Plaintiff, TABITHA BALVINA KNIESCH, by and through her attorney, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 18th day of September, 2007, Interrogatories numbered 1 through 20 inclusively, have been submitted for answer by Defendant, NCO FINANCIAL SYSTEMS, INC., in accordance with Rule 33 of the Federal Rules of Civil Procedure, within thirty (30) days from the date of service thereof.

You will please take notice that the party filing these Interrogatories demands answers under oath in accordance with the rules of civil procedure. These Interrogatories are continuing and require supplemental answers if additional information is obtained between the time of answering and the time of trial.

ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure containing 30 paragraphs upon Defendant, NCO FINANCIAL SYSTEMS, INC., and that these discovery requests are to be responded to within thirty (30) days.

1   ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 9 paragraphs upon Defendant, NCO FINANCIAL SYSTEMS, INC., and that these discovery requests are to be responded to within thirty (30) days.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email: fred.schwinn@sjconsumerlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy of the above and foregoing document to be deposited in the United States mail, postage prepaid, addressed to the following:

Debbie P. Kirkpatrick
Sessions Fishman Nathan in California, LLP
3667 Voltaire Street
San Diego, CA 92106
Attorney for Defendant

on this, the 18th day of September, 2007.

/s/ Fred W. Schwinn
Fred W. Schwinn

-2-
NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT          Case No. C07-03398-RMW-PVT