1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   Sessions, Fishman & Nathan in California LLP
2  3667 Voltaire Street
   San Diego, CA  92106
3  Tel: 619/758-1891
   Fax: 619/222-3667
4  e-mail: dpk@sessions-law.biz

5

6  Attorney for NCO Financial Systems, Inc.

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION          ***E-FILED - 9/19/07***

11 | TABITHA BALVINA KNIESCH,          ) Case No.: C07-03398 RMW PVT
                                       )
12 |        Plaintiff,                 )
                                       ) REQUEST OF COUNSEL TO
13 |                                   ) PARTICIPATE IN CASE
                                       ) MANAGEMENT CONFERENCE
14 |   vs.                             ) BY TELEPHONE AND
                                       ) [] ORDER THEREON
15 | NCO FINANCIAL SYSTEMS, INC., a    )
     Pennsylvania corporation,         )
16 |                                   ) Date: 10/05/07
                                       ) Time: 10:30 a.m.
17 |        Defendant.                 ) Place: Courtroom 6, 4th Floor
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23 |_____)

24

25 ///

26 ///

27 ///

28 ///

The undersigned, counsel of record for defendant NCO Financial Systems, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for October 5, 2007 at 10:30 a.m. The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Jose.

Respectfully submitted,

Sessions, Fishman & Nathan in California, LLP

Dated:                     /s/ Debbie P. Kirkpatrick
                           Debbie P. Kirkpatrick
                           Attorney for Defendant
                           NCO Financial Systems, Inc.

## [] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants NCO Financial Systems, Inc. to participate by telephone in the Case Management Conference scheduled for October 5, 2007 at 10:30 a.m.

Dated: 9/19/07        *Ronald M. Whyte*
                      Hon. Ronald M. Whyte
                      United States District Judge

*The Court will initiate the call between the hours of 10:30 AM to 12:30 PM.