1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   TABITHA BALVINA KNIESCH

*E-FILED - 9/19/07*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| TABITHA BALVINA KNIESCH, | Case No.  C07-03398-RMW-PVT |
|---|---|
| Plaintiff, | |
| v. | **JOINT ADR STIPULATION AND [] ORDER** |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration           ☐ ENE           ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, of other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

_____

_____

/ / /

/ / /

/ / /

-1-

JOINT ADR STIPULATION AND [ ORDER                                      Case No. C07-03398-RMW-PVT

-2-

Dated: September 12, 2007      /s/ Fred W. Schwinn
                                Fred W. Schwinn, Esq.
                                Attorney for Plaintiff
                                TABITHA BALVINA KNIESCH

Dated: September 12, 2007      /s/ Debbie P. Kirkpatrick
                                Debbie P. Kirkpatrick, Esq.
                                Attorney for Defendant
                                NCO FINANCIAL SYSTEMS, INC.

IT IS SO ORDERED.

Dated: 9/19/07                 *Ronald M. Whyte*
                                UNITED STATES DISTRICT JUDGE