IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABITHA BALVINA KNIESCH,<br><br>    Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | ***E-FILED - 10/2/07***<br><br>CASE NO.: C-07-03398-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

   PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for October 5, 2007, has been continued to **October 12, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

   If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.


DATED:  October 2, 2007

                                                                            _____
                                                                            JACKIE GARCIA
                                                                            Courtroom Deputy for
                                                                            Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record: