# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kniesch,<br><br>               Plaintiff(s),<br><br>   v.<br><br>NCO Financial Systems, Inc.,<br><br>               Defendant(s). | 07-03398 RMW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

      **Mary McLain**
      McLain Mediation
      20 Sunnyside Ave., Suite 110
      Mill Valley, CA 94941
      415-380-8386

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03398 RMW MED                 - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: October 11, 2007

5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand

7  

8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03398 RMW MED            - 2 -