UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: October 12, 2007

Case No. C-07-03398-RMW    JUDGE: Ronald M. Whyte

TABITHA BALVINA KNIESCH    -v- NCO FINANCIAL SYSTEMS, INC.
Title

Appeared                                        Appeared via Telephone
Attorneys Present                               Attorneys Present

COURT CLERK: Jackie Garcia              COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Jury Trial set for 8/4/08 @ 1:30 pm; Pretrial Conference set for 7/10/08 @ 2:00 pm; Joint Pretrial Statement due 6/30/08; Hearing on Dispositive Motions set for 6/30/08 @ 9:00 am. Disclosure of Experts by 4/14/08; Close Fact Discovery by 3/31/08. Discovery Limits: Depositions - 5 per side; Interrogatories - 25 per side; Request for Admissions - no limit, but narrowly tailored. If mediation fails, the parties are ordered to have a settlement conference with the assigned magistrate prior to the pretrial conference. Defendant to prepare order following the conference.