UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TABITHA BALVINA KNIESCH, | ) Case No.: C07-03398 RMW PVT |
| Plaintiff, | ) |
| | ) SCHEDULING ORDER FOLLOWING |
| vs. | ) CASE MANAGEMENT CONFERENCE |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | ) |
| Defendant. | ) |

A Case Management Conference was held on October 12, 2007. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. All fact discovery shall be completed by all parties on or before March 31, 2008. Discovery is limited to 5 Depositions per side and 25 Interrogatories per side. Requests for Admissions are unlimited but shall be narrowly tailored.

2.	The parties shall designate their respective experts in writing by April 14, 2008.

3.	The deadline for hearing dispositive motions is June 30, 2008 at 9:00 a.m.

4.	A mandatory settlement conference shall be conducted with the assigned magistrate judge prior to the Pretrial Conference.

5.	A Joint Pretrial Statement is due June 30, 2008.

6.	A Pretrial Conference shall take place on July 10, 2008 at 2:00 p.m.

7.	Jury trial is set in this matter for August 4, 2008 at 1:30 p.m.

Dated:

_____
Ronald M. Whyte
United States District Judge

Scheduling Order Following Case Management Conference
2