Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

*E-FILED - 4/29/10*

Attorney for Plaintiff
TABITHA BALVINA KNIESCH

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TABITHA BALVINA KNIESCH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>　　　　　Defendant. | Case No. C07-03398-RMW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, TABITHA BALVINA KNIESCH, and Defendant, NCO FINANCIAL SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, TABITHA BALVINA KNIESCH, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: December 17, 2007　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　TABITHA BALVINA KNIESCH

Dated: December 17, 2007　　　　　　　　　　　/s/ Debbie P. Kirkpatrick
　　　　　　　　　　　　　　　　　　　　　　　　　Debbie P. Kirkpatrick, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　NCO FINANCIAL SYSTEMS, INC.

1  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
2

3  Dated: _____4/29/10_____                    *Ronald M. Whyte*
                                               The Honorable Ronald M. Whyte
4                                              Judge of the District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                Case No. C07-03398-RMW-PVT